UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22343-MGC

DOUG LONGHINI,

Plaintiff,

v.

HMDJ FUEL INVESTMENT, CORP.
and Z&Z FOODMART INC,

Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties Joint Stipulation to Dismiss with Prejudice [ECF No. 35], filed November 19, 2020. The Court having reviewed the Joint Stipulation and being otherwise fully advised it is hereby **ORDERED and ADJUDGED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear their own attorneys' fees and costs.
2. All pending motions are **DENIED AS MOOT**.
3. The Clerk of Courts is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 30th day of November 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*